PLAINTIFF'S ORIGINAL PETITION-Negligence

No._____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN  2 2023

CLERK, U.S. DISTRICT COURT
By_____ 10:30 am
                    Deputy

Roy Wayne Jackson Jr.

Plaintiff

v.

TDCJ                              **1-23CV-0129H**

Defendant

IN THE_____COURT
_____COUNTY TEXAS

[_____JUDICIAL DISTRICT]

PLAINTIFF"S ORIGINAL PETITION

TO THE HONORABLE COURT:

                                        Offcial/Personal capcity
Roy Wayne Jackson Jr. TDCJ ID #1989547, the Plaintiff, complains of the TDCJ, Uknown
defendants and for cause of action shows:

## 1. Selection of Discovery Level

The plaintiff Roy Wayne Jackson Jr.[affirmatively pleads that he seeks
only monetary relief $250.000,excluding interest,statutory or punitive damages
,and penalties,and attorney's fees and costs,so that this case is governed by
the procedures of Civil Procedure Rule 169 and discovery should be conducted
in accordance with Civil procedure Rule 190.2 or pleads that discovery
should be conducted in accordance with discovery control plan under
Civil Procedure Rule 190.3 or pleads that discovery should be conducted
in accordance with a tailored discovery control plan under
Civil Procedure Rule 190.4].

## 2. Parties and Service of Citation

The plaintiff is a resident of Bee County,Texas.The Defendant is a Resident
of Jones County,Texas,where service of process may be had on him at
12071 Fm 3522 Abilene,Tx. 79601,Unknown service of process may be had on

## 3. Statement of Relief Sought;Damages Within
## Jurisdiction of Court

The plaintiff seeks monetary relief of $250.000 excluding interest,statutory or punitive
damages and penalties,and attorney's fees and costs,$250.000 in punitive or other damages.
The damages sought are within the jurisdiction of this court.
The plaintiff asks the court for a protective order,restraining order,According to
Texas Criminal Code and Procedure Art.56A.052 Plaintiff has  Additional Rights
under the Victims Rights act.Accordeing to Texas Criminal code & Procedures
7B.003(b) Plaintiff would qualify for a protective order. Plaintiff would also
qualify for Texas Criminal code & Procedures 7B.002 Temporary Ex Parte Order
& he is asking for one.He is asking for Texas Code Crminal Procedure 56B.103 &
56B.104 as plaintiff has lost money and health care service denial because of
the alleaged incidents.Idenmification §293.14. Investigation & Charges.
Filed on officers.

1of 5

## 4. Relationship of Parties

On or about 3-16-18 9:50pm-10:10pm plaintiff was moved by a 5 man team from isolation to general population.The person is a unkown officer that TDCJ will not expose who he is. Their are other state employees yet to be investigated as this was not a isolated Yet to be named.Plaintiff was sexually assualted,assualted,and stalked,indecent assualt. Use if Force,Appeal,Montgomery County Detectives,    employees unknown

## 5. Negligence,Tort,Civil Violations

On 3-16-18 the unkown officer Used Excessive force as the TDCJ Use Of Force policy state only the minumin amount of force should be used.At all times plaintiff was not resisting.The other officers knew it was going to happen also because the officer on my right leg looked up shrugged his shoulders after sexually assualting him. The defendents failed to control staff,the employees of the state fail to follow the TDCJ policy and state & Federal laws that Govern the TDCJ.The defendents owe plaintiff to file any lawful petition in court with put fear of Harassment or Retaliation,abuse,stalking,or violation of his civil rights.

1.the TDCJ has failed in stoping the stalking,civil violations,and protection of the officers who are  involved.

2.At no time should a Use of Force  be used against a offender for intimidation purposes.

3.the TDCJ has failed to protect against officers with a agenda targetting plaintiff for his lawyer filing a appeal and civil rights violations in court.

4.Plaintiff has followed all procedures to stop the state employees from their Neglience,tort ,and civil violations,and the TDCJ has failed to stop them.

5.the TDCJ has a duty to turn a violation of the Texsa state law into law enforcement for a investigation by outside law enforcement.

6.P.R.E.A.,Office of Inspector General,the TDCJ refuse to investigate & turn the violations of alleaged sexual assualt on plaintiff over to law enforcement.

7.the TDCJ has done everything to obstruct justice for plaintiff.

8.Plaintiff has a fear for his life because of corrections officers, and inmates working for them.

9.Officers at the ROBERTSON unit a the TDCJ unit in Abilene,Tx. is where most of the abuse came from.

10.Every Use of force(six of them) where done with intent to stop plaintiff from filing in state court over his civil rights violations done during his trial.(Plaintiff never did the crime and was forced into a conviction).

11.Every Use of force is on Security Cam and hand held cam & the court should ask for unedited footage.

12.Because of the involvement of the TDCJ staff in my criminal appeal by stalking,assualts,and other abuse's,the appeals court has held plaintiffs appeal since 2017 June,28.

13.Which is depriveing plaintiff off life,liberty,and due course of law.

14.the TDCJ is denying plaintiff  under The Texas constitution Art.1 Sec.3,3a,

well as section 10 Rights of Accused in Criminal Prosecutions,
,12 Habeas Corpus,13 Cruel and unusal punishment,Due course of law.
19 Deprivation of Life,liberty,and due course of law,27 right to
petition for redress of Grievances.

15.TORT Texas Civil Practices & Rem. Title 4 Chapter 83 Use Of Force
,Chapter 85 Stalking.T.T.C.A..

16.Indivdual and Offcial capacity as plaintiff knows that this
claim could go either way because it has uknown employees involved.
He is aware that the TDCJ cannot be sued in Individual capacity.

17.The Abuse has not stop as the TDCJ is using offenders also
as a tool to keep plaintiff silent about the abuse.
The TDCJ has cut off mail to his trial lawyers,family, and
friends.

18.They are also opening his mail & remiving discovery evidence,
 & anything the TDCJ does not want the courts to know.

19.Plaintiff has filed grievances on the staff but the TDCJ
 put corrections officers in place of Adminstartion postions
 at the Robertson Unit to control his complaints.

20.As plaintiff  is in isolation he has to rely on corrections
   officers to comply with grievance procedures.

21.There is state employees and third partys involved in
   this complaint yet to be dicovered.

22.Plaintiff has filed grievances against outside influence
   that has caused everything that the TDCJ has done to him.
   The grievance office says that its not grievable because
   it has to do with his petition 11.07 in the appeals court.

23.Plaintiff has never recieved any grievance forms back at
   Robertson unit.He bought some at the McConnell unit but the
   officers have taken them.

24.the TDCJ has caused 12-19-17 to be beating in a Use of force,
   3-16-18 Sexually assualted,11-10-18 Punched in head property
   stolen,11-10-19 Sprayed with chemicals and left to burn,
   3-16-20 beating again,10-31-20 sprayed againg and left
   to blister and burn.At no time was plaintiff agressive or anything.

25. the TDCJ staff wrote plaintiff up over 40 times so they could
    control the outcome of his appeal.The officers told
    plaintiff you will never get out we will frame you,
    if you tell.

26. At all times empolyees worked in scope of employment,SEE Tex.Civ.Prac.Rem.Code Ann.§.101.106(f) the TDCJ all legal authority.

At all times defendants work under the color of law.

27. In violation of the TDCJ policy BP-03.81(rev.4)(all.rev.)

28. This complaint should fall within the plaintiff having to file a grievance because 1. The Grievance office does not get involved with case outside of the TDCJ,and whoever has been influenceing the TDCJ to target him is part of the state and their is no Adminstrative steps to exhaust.

29. The state employees are also in violation of 1st,4th,5th,8th, 14th amendment of the U.S. Constitution.See 42 U.S.C.§1985,1986,1983

30. Plaintiff was held at the Robertson Unit until the statue of limintation was up on filing his criminal case.

Each of such acts and omissions,singularly,or in combination with others constituted negligence,Tort,civil rights violations,which has caused plaintiff to be abused,scars on face,mental health issues, by the TDCJ and the state employees by direct targeting,

### 6.Specification of Injuries

As a direct result of negligence,Tort,civil violations,of the defendent[s],the plaintiff suffered blood loss,scars on face,loss of property,loss of freedom,and phycotic mental issues,deprivation of food,fear of state officers and the inmates working for them.12-19-17 plaintiff was beating with his face beating with great force and violence which caused plaintiff face to scar,3-16-18 plaintiff was sexually assualted suffered humiliation,shame,and suicidal thoughts as will as pain to the anus,penis,and testicles which swelled the next day

11-10-18 Plaintiff was punched in the head by officers and all his property was taken.11-10-19 plaintiff was sprayed with chemicals and left to burn with no shower,3-16-20 Plaintiff was beating again and was left with bumps bruises on face,and head,10-31-20 Plaintiff was sprayed again by chemicals and left to burn with no shower.

The plaintiff's body went from 217 to 168lbs,has scars on face,and his private parts have damage as well.His mental health has declined and was put on medication so he can stop talking to himself,The abuse has taken a toll on plaintiff's body he has a weak heart and his life expectacy has been cut short with this connection.

Plaintiff also has severe mental health issues that where mild before. The plaintiff has been put in isolation since 2017 and has not showered or gone to recreation because of fear of officers.

the TDCJ have caused plaintiff loss of life in which that the appeals court is holding his appeal until the staute of limintations are up on plaintiff filing a suit and or charges on state actors.Plaintiff would have been out in 2018 except for the fact of officers targetting him,as the attorney general has said theres no evidence he committed a crime.Plaintiff lost $1420.00 dollars in filing fees with the court by officers tampering with discovery,and mail,and lost 500.00 dollars in property.

Plaintiff has moments where he has lose' his thoughts,and does not move all day.
Sleeps all day and night and in constant pain,worry,and confused.
Plaintiff has lost his wife,mother,and time with his 3 boys because of the
TDCJ and other actors (acts)towards plaintiff.He can't never get back.

Most of all the plaintiff will never be the same,think the same,over all
ever be right as he has regressed back to sexual abuse growing up,and
physical abuse that his counselor helped him get through.

Plaintiff is also mentally disabled with a IQ-69 in the tdcj,and he was in
special education and he now has no trust of people.He has mental retardation
in that he does not comprehend peoples speech and he can't explain his.He has
to trust a gurdian but can't.

These injuries are permenant in nature,and in resonable probability,the plaintiff
will suffer for a long time into the future if not for the balance of his natural life.

### 7.Damages

As a result of the injuries  sustained by the plaintiff by abuse from the TDCJ,
the TDCJ employees,and state actors made the basis of this suit,the plaintiff
has suffered severe physical and mental pain and anguish and in all reasonable
probability,the plaintiff will continue to suffer such mental and physical
pain and anguish for a long time into the future,if not for the balance of his
natural life.
Plaintiff has lost $1420.00 in filing fees.
Plaintiff has lost $500.00 in property.
Plaintiff has lost uknown amount to lawyers Trial lawyer and apellate.
Plaintiff has lost atleast $350.00 in legal supplies.


WHEREFORE,the plaintiff request that the defendant,the TDCJ et al,Uknown,be cited
Personal capacity & or Offcial to appearand answer and that on final hearing the
plaintiff have judgement against defendant for an amount within jurisdictional
limits of the court,together with  prejudgement and post judgement interest as
provided by law,costs of court and for such other and futher relief,at law or
in equity to which the plaintiff is justly entitled.

Respectfully Submitted,

By _____
Roy Wayne Jackson Jr.
3001 S.Emily Dr.
Beeville,Tx.78102
Date:5-28-23

5

Clerk,

Barry Wayne Jackson Jr.
#1989547
3001 S. Emily Dr.
Beeville, TX. 78102

① 5 pages of complaint

② 2 pages of Brief

③ 2 pages of case law

RECEIVED

JUN - 2 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT

I asked the Court in the brief if i can
Pay the Court cost, fees in ¼ payments.
like if it's 200 dollars i can pay 25 or 50
a month until its paid.
   Please make the Judge aware of a need
for Appointment of a AD-litem or a
Attorney,
Plaintiff does not know how this works so
Please don't be hostile towards me as
some people do because it's hard to comunicate
with people,
Thanks Clerk, P.S. I was not sure what court
                it should go too, so i left it
                        Blank,



LEGAL MAIL

Roy Jackson Jr.#1989547
3001 S.Emily Dr.
Beeville,Tx.78102

ABILENE COUNTY CLERK
341 Pine St.
Abilene,Tx.79601

RECEIVED

JUN - 2 2023

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL